UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHERRY HUANG, a/k/a WEI FANG HUANG,

                         Plaintiff,

-against-

TRAVEL MAN (USA) INC.
MANNY WU,

                         Defendants.
-----------------------------------------------------------------X

JUDGMENT
02-CV- 6274 (SJF)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 1 7 2006 ★
P.M. _____
TIME A.M. _____

An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on January 13, 2006, dismissing the action; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the action is dismissed.

Dated: Brooklyn, New York
       January 13, 2006

                                                   /s/
                                       ROBERT C. HEINEMANN
                                       Clerk of Court